UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| MECCA DELOATCH, |
| Plaintiff, |
| -v.- |
| GAMESTOP CORP., JOHN BERTHLAUME, and GAMESTOP, INC., |
| Defendants. |

25 Civ. 5280 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 22, 2026, Defendant Gamestop, Inc. filed a letter requesting (i) to answer or otherwise respond to the amended complaint on or before July 17, 2026, and (ii) that the Court dismiss Gamestop Corp. and John Berthlaume as Defendants in this case. (Dkt. #21). The following day, on June 23, 2026, the Court directed Plaintiff to respond to this letter on or before June 25, 2026. (Dkt. #22). If she did not, the Court explained that it would consider Defendant Gamestop, Inc.'s requests unopposed and expected to grant them. (*Id.*). It is now June 26, 2026, and Plaintiff has not responded to the letter. Accordingly, the Court GRANTS Defendant Gamestop, Inc.'s request to answer or otherwise respond to the amended complaint on or before **July 17, 2026**. And the Court DISMISSES Gamestop Corp. and John Berthlaume as Defendants in this case. The Clerk of Court is directed to terminate Gamestop Corp. and John Berthlaume from the docket.

SO ORDERED.

Dated:  June 26, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge